# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA FOGGY, *et al*, | ) |
|                 Plaintiff, | ) 2:08-cv-00648-RCJ-RJJ |
| vs. | ) **ORDER** |
| U.S. CHAPLIN, *et al,* | ) |
|                 Defendants. | ) |

      Before the Court for consideration is the Report and Recommendation of United States Magistrate Judge Robert J. Johnston, entered June 30, 2009 (#26). Within that Report and Recommendation, Judge Johnston recommended that this case be DISMISSED with prejudice. Plaintiffs were given until July 13, 2009 to file an objection to the Report and Recommendation. To date, no objection has been filed.

      As such, IT IS SO ORDERED that the Report and Recommendation (#26) on file herein is AFFIRMED and ADOPTED, and that this case shall be **DISMISSED with prejudice.**

      DATED:   August 18, 2009

_____
UNITED STATED DISTRICT COURT